# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NORTH PITTSBURGH POWER HOUSE d/b/a
ALLEGHENY ATHLETIC CLUB, et al.,

    Plaintiffs,

v.                                              CASE NO: 8:05-cv-2131-T-26MAP

HORIZON BANK,

    Defendant.
_____/

## **O R D E R**

Before the Court is Defendant's Renewed Motion for Rule 11 Sanctions and Additional Motion for Sanctions and Other Relief and Memorandum of Law in Support. After careful consideration of the motion and memorandum, together with the procedural history of this case, the Court concludes that the motion is due to be denied. Consequently, the Court needs no response from Plaintiff.

Notwithstanding the serious allegations Defendant advances against Plaintiff, its counsel, and Plaintiffs' witnesses, the Court is of the opinion that it would be an abuse of discretion to impose sanctions, especially in light of the procedural history of this case.[1] As Defendant well knows, this Court denied its motion for summary judgment, thereby

---

[1] Defendant is at liberty, however, to share its concerns regarding Plaintiff's counsel's actions with the appropriate bar disciplinary authority and to report what it believes to be criminal conduct to the appropriate law enforcement officials.

concluding that genuine issues of fact existed which only a jury could resolve.[2]  As Defendant also knows, although the Court granted judgment as a matter of law with respect to count two at the conclusion of Plaintiff's case,[3] it was not until the close of Defendant's case that the Court granted judgment as a matter of law as to count one.[4]  Under these circumstances, the Court simply is unable to conclude that sanctions are appropriate either under Rule 11 of the Federal Rules of Civil Procedure[5] or 28 U.S.C. § 1927.

Accordingly, the Renewed Motion for Rule 11 Sanctions and Additional Motion for Sanctions and Other Related Relief (Dkt. 83) is denied.

**DONE AND ORDERED** at Tampa, Florida, on February 9, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2]  See docket 30.

[3]  See docket 67.

[4]  See docket 71.

[5]  Defendant's counsel's statement that this Court presumably denied its previous Rule 11 motion because the Court viewed the record before it as incomplete is unsupported by the clear language of that order.  See docket 21.